PROB 12B
(7/93)

# United States District Court

## for the

# District of Alaska



### Request for Modification of Conditions or Term of Supervised Release
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Ahmad R. Stevens                Case Number: A97-0092-04 CR (HRH)

Sentencing Judicial Officer:  H. Russel Holland, Senior U.S. District Court Judge

Date of Original Sentence:    September 10, 1998

Original Offense:             Conspiracy in Relation to Cocaine Distribution; Possession With Intent to
                              Distribute Cocaine; Possession With Intent to Distri??

Original Sentence:            120 months imprisonment, 5 years supervised release

Date Supervision Commenced: November 25, 2005

## PETITIONING THE COURT

[ ]    To extend the term of supervised release for _____ years, for a total term of _____ years.
[X]    To modify the conditions of supervised release as follows:

"The defendant shall be placed in a halfway house for a period of time not to exceed 30 consecutive days. The defendant will be permitted to leave the halfway house for employment, medical appointments, religious services, or as otherwise approved by the U.S. Probation Officer in accordance with the halfway house's policy.  The defendant will be required to pay subsistence to the halfway house as required and will abide by their rules and regulations."

## CAUSE

On September 10, 1998, the defendant was sentenced to Credit for time served on imprisonment with 5 years supervised release.

On November 15, 2005, while still in the custody of the Bureau of Prisons at the Cordova Center, the conditions of supervised release were explained to the defendant and the defendant signed a copy of the Judgment acknowledging what the court could do if there was a violation, that the conditions were read to him, that he understood all the conditions, and was given a copy of them.

On November 25, 2005, the defendant's term of supervised release commenced.

On March 16, 2006, the defendant was contacted at his residence by U.S. Probation officers and two

-1-

*Request for Modification of Conditions or Term*
*Name of Offender        :        Ahmad R. Stevens*
*Case Number             :        A97-0092-04 CR (HRH)*

blunt style marijuana sticks were seized from the defendant's residence which was reported by his girlfriend that they were her nephews, however, the nephew was not in the residence.

On September 6, 2006, the defendant was contacted at his residence by U.S. Probation Officers. The residence smelled of marijuana and we were informed by the defendant's girlfriend that her nephew had been smoking marijuana. The nephew had admitted to smoking marijuana. No marijuana was observed in plain view.

On January 31, 2007, the defendant was contacted at his residence by U.S. Probation Officers due to a search of his residence. At the conclusion of the defendant's residence, a plastic bag with flakes of marijuana, two plastic containers with an odor of marijuana, and a wood box with marijuana residue, lighter, and scissors were seized. The defendant's girlfriend admitted that she previously had marijuana in the residence. This officer informed the defendant, as had been done in the past, that he cannot be in a place where marijuana is present and that it was a violation of his supervised release.

Respectfully submitted,

**REDACTED SIGNATURE**

Chris Liedike
U.S. Probation/Pretrial Services Officer
Date: February 2, 2007

Approved by:

**REDACTED SIGNATURE**

Eric D. Odegard
Supervising U.S. Probation Officer

**THE COURT ORDERS:**

[ ]    No Action
[ ]    The Extension of Supervision as Noted Above
[X]    The Modification of Conditions as Noted Above
[ ]    Other:

*Request for Modification of Conditions or Term*
*Name of Offender          :        Ahmad R. Stevens*
*Case Number                :        A97-0092-04 CR (HRH)*

**REDACTED SIGNATURE**

H. Russel Holland
Senior U.S. District Court Judge

Date: **2/5/07**

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF ALASKA

**U.S.A. v Ahmad R. Stevens**                    **Docket No. A97-0092-4 CR (HRH)**

    I, __Ahmad R. Stevens__ , have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of supervised release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my conditions of supervised release or to the proposed extension of my term of supervision:

"The defendant shall be placed in a halfway house for a period of time not to exceed 30 consecutive days. The defendant will be permitted to leave the halfway house for employment, medical appointments, religious services, or as otherwise approved by the U.S. Probation Officer in accordance with the halfway house's policy. The defendant will be required to pay subsistence to the halfway house as required and will abide by their rules and regulations."

Signed: _Ahmad R. Stevens_                    Date: __7-2-07__
        Ahmad R. Stevens
        Probationer or Supervised Release

**REDACTED SIGNATURE**

Witness: ___                    Date: __2-2-07__
        Chris Liedike
        U.S. Probation/Pretrial Services Officer